**ADISHIAN LAW GROUP, P.C.**
Christopher M. Adishian, Esq. [#172511]
Cynthia Y. Sun, Esq. [#245123]
Pacific Corporate Towers
222 N. Sepulveda Blvd., Suite 2000
El Segundo, California 90245
Phone:     (310) 726-0888
Fax:       (866) 350-0888

Attorneys for Plaintiff Ridgeline, LLC

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RIDGELINE, LLC, a California limited liability company<br><br>Plaintiff,<br><br>v.<br><br>ECOARK, INC., a Delaware corporation; MAGNOLIA SOLAR INC. a/k/a MAGNOLIA SOLAR, CORPORATION, a Delaware corporation, ECOARK HOLDINGS, INC. a/k/a ZEST TECHNOLOGIES, INC., a Nevada corporation; and DOES 1-10, Inclusive,<br><br>Defendants. | CASE NO. 4:18-cv-03691-PJH<br><br>Hon. Phyllis J. Hamilton<br><br>**SECOND NOTICE OF SETTLEMENT**<br><br>Complaint Filed:   June 20, 2018<br>Trial Date:        None |

///
///
///
///

1

**SECOND NOTICE OF SETTLEMENT; CASE NO. 4:18-CV-03691-PJH**

TO THE COURT AND TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Per Judge Phyllis J. Hamilton's instruction (via her courtroom deputy), Plaintiff Ridgeline, LLC hereby submits this Second Notice of Settlement. Plaintiff previously filed a Notice of Settlement on November 16, 2018 (Docket No. 29) notifying the Court that the case has been conditionally settled, and that the parties will file a final stipulation of dismissal as to all causes of action upon completion of the settlement, no later than 60 days from the date of this notice.

In order to finalize and execute the settlement agreement and to satisfy all of the conditions therein, the parties need an additional 30 days from January 15, 2019, which is the previous deadline to file a final stipulation of dismissal. Accordingly, Plaintiff hereby notifies the Court that Plaintiff will file a final stipulation of dismissal no later than February 14, 2019.

Dated: January 10, 2019                    **ADISHIAN LAW GROUP, P.C.**

                                           By:

                                           /s/ Cynthia Y. Sun
                                           Christopher M. Adishian
                                           Cynthia Y. Sun
                                           Attorneys for Plaintiff
                                           Ridgeline, LLC